**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 98-7250**

—————

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　Plaintiff - Appellee,

　　　versus

ANTHONY WILLIAMSON,

　　　　　　　　　　　　　　　　Defendant - Appellant.

—————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CR-94-37, CA-97-405-R)

—————

Submitted:  January 21, 1999　　　Decided:  February 9, 1999

—————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Carlos Harold Jenkins, Jr., MOLININI, JENKINS & DAMMAR, Bronx, New York, for Appellant.  Karen Breeding Peters, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Williamson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Williamson, Nos. CR-94-37; CA-97-405-R (W.D. Va. July 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2